UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Eric Tronson, individually and on behalf of all others similarly situated, | File No. 18-cv-00695 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Navient Corporation, Navient Solutions, Inc., SLM Corporation d/b/a Sallie Mae, | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal with Prejudice [ECF No. 26], entered into by Plaintiff and Defendants,

**IT IS HEREBY ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 8, 2019

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court