# UNITED STATES DISTRICT COURT
## District of Minnesota

Eric Tronson, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

Navient Corporation, Navient Solutions, Inc., SLM Corporation d/b/a Sallie Mae,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   18-cv-695 (ECT/ECW)

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Date:  January 8, 2019

KATE M. FOGARTY, CLERK

s/Jennifer Beck
(By)  Jennifer Beck, Deputy Clerk